UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00290-DFM | Date: | October 7, 2026 |
| Title | Jeff Aisingioro v. Automobili Lamborghini America, Inc. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) Order to Show Cause re Service** |

In 2025, Plaintiff Jeff Aisingioro ("Plaintiff") filed a lawsuit in the Orange County Superior Court against Automobili Lamborghini America, LLC ("ALA"). See Dkt. 1-1. In February 2026, Automobili Lamborghini America, Inc. removed the case to federal court. See Dkt. 1. On March 6, 2026, Plaintiff filed the First Amended Complaint, alleging fraud and negligent misrepresentation claims against ALA. See Dkt. 19 ("FAC").

On June 17, 2026, the Court entered an order granting ALA's Motion to Dismiss the FAC. See Dkt. 35. The Court afforded Plaintiff leave to amend within twenty-one (21) days. See id. at 9. On July 8, 2026, Plaintiff filed the operative Second Amended Complaint, which no longer includes ALA as a defendant and alleges fraud and negligent misrepresentation claims against "Lamborghini Newport Beach, a business entity" ("Defendant"). See Dkt. 36 ("SAC"). On July 9, 2026, the Clerk of Court issued a Summons. See Dkt. 39.

Three months have passed and there is no record that Plaintiff has properly served the SAC on Defendant. "If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

Plaintiff is ordered to show cause within seven (7) days why this action should not be dismissed for failure to effectuate service and/or for failure to prosecute. Plaintiff's filing of the proof of service of the Summons and Second Amended Complaint on Defendant will be sufficient to discharge this order. Failure to respond may result in dismissal.